**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kimberly Lawrence,

       Plaintiff,             Civil No. 09-2198 (RHK/JJK)

vs.                       **DISQUALIFICATION AND**
                           <u>**ORDER FOR REASSIGNMENT**</u>

City of St. Paul, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 24, 2009

                     <u>s/Richard H. Kyle</u>
                     RICHARD H. KYLE
                     United States District Judge